**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00555-REB-KLM

ELLIOT B. MAISEL,

    Plaintiff,

v.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,
CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffe & Assoc, Architects,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation,
ALPINE LUMBER COMPANY, a Colorado corporation,
BLUE MOUNTAIN LOG AND LUMBER, LLC, a Utah limited liability company,
CEDERAL SUPPLY COMPANY, d/b/a Rocky Mountain Forest Products, Inc., a Colorado corporation,
COG PLUMBING & HEATING, INC., a Colorado corporation,
COLUMBINE INSULATING, INC., a Colorado corporation,
FLAT TOP GYPSUM FLOORS, LLC, a Colorado limited liability company,
FRONTIER ENTERPRISES, LTD., d/b/a Frontier Structures, Inc., a Colorado corporation,
JOHN'S CONSTRUCTION,
DOUGLAS L. JONES, individually, d/b/a Doug Jones Sawmill,
KEITH E. KELLY, individually,
LOGARYTHMS, INC., a Colorado corporation,
MINGLE WOOD TIMBERS, INC., a Colorado corporation,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechanical Services, Inc., a Colorado corporation,
SIERRA PACIFIC WINDOWS, a division of Sierra Pacific Industries, a California corporation,
SNOOZ'EASE FURNITURE COMPANY, d/b/a Snooz'ease Home & Hearth Outfitters, a Colorado corporation,
SPECIALTY WOOD PRODUCTS, INC., a Colorado corporation,
STEAMBOAT LANDSCAPING, INC., d/b/a Mountain West Environments, Inc., a Colorado corporation,
TBW, INC., a Colorado corporation,
TGE-MM, LLC, d/b/a The Grand Entrance, LLC, a Colorado limited liability company,
THE APPALACHIAN HARDWOOD COMPANY OF STEAMBOAT, a Colorado corporation,
THE LOG CONNECTION, INC., a Colorado corporation,
TINMAN ROOFING AND HOME IMPROVEMENTS, INC., a Colorado corporation, and
BRANDT VANDERBOSCH, individually,

Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal Without Prejudice** [#7] filed April 21, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, Alpine Lumber Company, Blue Mountain Log and Lumber, LLC, Cedar Supply Company d/b/a Rocky Mountain Forest Products, Inc., Flat Top Gypsum Floors, LLC, Douglas L. Jones, individually, d/b/a Doug Jones Sawmill, Mingle Wood Timbers, Inc., Sierra Pacific Windows, a division of Sierra Pacific Industries, Inc., Snooz'Ease Furniture Company d/b/a SnoozEase Home & Hearth Outfitters, Speciality Wood Products, Inc., TGE-MM, LLC d/b/a The Grand Entrace, LLC, and The Appalachian Hardwood Company of Steamboat, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#7] filed April 21, 2011, is **APPROVED**;

2. That plaintiff's claims against defendants, Alpine Lumber Company, Blue Mountain Log and Lumber, LLC, Cedar Supply Company d/b/a Rocky Mountain Forest Products, Inc., Flat Top Gypsum Floors, LLC, Douglas L. Jones, individually, d/b/a Doug Jones Sawmill, Mingle Wood Timbers, Inc., Sierra Pacific Windows, a division of Sierra Pacific Industries, Inc., Snooz'Ease Furniture Company d/b/a SnoozEase Home & Hearth Outfitters, Speciality Wood Products, Inc., TGE-MM, LLC d/b/a The Grand

Entrace, LLC, and The Appalachian Hardwood Company of Steamboat, are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendants, Alpine Lumber Company, Blue Mountain Log and Lumber, LLC, Cedar Supply Company d/b/a Rocky Mountain Forest Products, Inc., Flat Top Gypsum Floors, LLC, Douglas L. Jones, individually, d/b/a Doug Jones Sawmill, Mingle Wood Timbers, Inc., Sierra Pacific Windows, a division of Sierra Pacific Industries, Inc., Snooz'Ease Furniture Company d/b/a SnoozEase Home & Hearth Outfitters, Speciality Wood Products, Inc., TGE-MM, LLC d/b/a The Grand Entrace, LLC, and The Appalachian Hardwood Company of Steamboat, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated April 22, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge