**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00555-REB-KLM

ELLIOT B. MAISEL,

    Plaintiff,

v.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,
CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffe & Assoc, Architects,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation,
COG PLUMBING & HEATING, INC., a Colorado corporation,
COLUMBINE INSULATING, INC., a Colorado corporation,
FRONTIER ENTERPRISES, LTD., d/b/a Frontier Structures, Inc., a Colorado corporation,
JOHN'S CONSTRUCTION,
KEITH E. KELLY, individually,
LOGARYTHMS, INC., a Colorado corporation,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechanical Services, Inc., a Colorado corporation,
STEAMBOAT LANDSCAPING, INC., d/b/a Mountain West Environments, Inc., a Colorado corporation,
TBW, INC., a Colorado corporation,
THE LOG CONNECTION, INC., a Colorado corporation,
TINMAN ROOFING AND HOME IMPROVEMENTS, INC., a Colorado corporation, and
BRANDT VANDERBOSCH, individually,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS KEITH K. KELLY
AND BRANDT VANDERBOSCH, ONLY**

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal With Prejudice** [#9] filed May 4, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against the defendants, Keith E. Kelly and Brandt Vanderbosch, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal With Prejudice** [#9] filed May 4, 2011, is **APPROVED**;

2. That plaintiff's claims against the defendants, Keith E. Kelly and Brandt Vanderbosch, are **DISMISSED WITH PREJUDICE**; and

3. That the defendants, Keith E. Kelly and Brandt Vanderbosch, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated May 4, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge