**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00555-REB-KLM

ELLIOT B. MAISEL,

    Plaintiff,

v.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,
CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffe & Assoc, Architects,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation,
COG PLUMBING & HEATING, INC., a Colorado corporation,
JOHN'S CONSTRUCTION,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechanical Services, Inc., a Colorado corporation, and
THE LOG CONNECTION, INC., a Colorado corporation,

    Defendants.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,

    Cross-Claimants/Third-Party Plaintiffs.

CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffee & Assoc, Architects,
COG PLUMBING & HEATING , INC., a Colorado corporation,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechincal Services, Inc., a Colorado corporation,
THE LOG CONNECTION, INC., a Colorado corporation,
DAVID JOHNS, individually, d/b/a Johns Construction,
CROSS SEVEN, INC., a Colorado corporation,
LOGARYTHMS, INC., a Colorado corporation,
STEAMBOAT LANDSCAPING, INC., d/b/a Mountain West Environments, Inc., a Colorado corporation, and
TBW, INC., a Colorado corporation,

    Cross-Claim Defendants/Third-Party Defendants.

## ORDER RE MOTION TO REINSTATE CROSS-CLAIMS

**Blackburn, J.**

    The matter is before me on defendants/cross-claimants/third-party plaintiffs Rickie Dean Erickson and Erickson Construction Inc.'s **Motion To Reinstate Cross-Claims**

[#124][1] filed November 3, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and defendants/cross-claimants/third-party plaintiffs Rickie Dean Erickson and Erickson Construction Inc.'s negligence, breach of contract, indemnification, and contribution claims against cross-claim defendant Cog Plumbing & Heating, Inc., originally asserted in Erickson's cross-claims and third-party claims, should be reinstated.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants/cross-claimants/third-party plaintiffs Rickie Dean Erickson and Erickson Construction Inc.'s **Motion To Reinstate Cross-Claims** [#124] filed November 3, 2011, is **GRANTED**;

2. That cross-claimants Rickie Dean Erickson and Erickson Construction, Inc.'s negligence, breach of contract, indemnification, and contribution cross-claims against Cog Plumbing & Heating, Inc. **ARE REINSTATED**, and Cog Plumbing & Heating, Inc., is added as a named cross-claim defendant in this action, and the case caption is amended accordingly.

Dated November 4, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#124]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.