**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00555-REB-KLM

ELLIOT B. MAISEL,

      Plaintiff,

v.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,
CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffe & Assoc, Architects,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation,
COG PLUMBING & HEATING, INC., a Colorado corporation,
JOHN'S CONSTRUCTION,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechanical Services, Inc., a Colorado corporation, and
THE LOG CONNECTION, INC., a Colorado corporation,

      Defendants.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,

      Cross-Claimants/Third-Party Plaintiffs.

CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffee & Assoc, Architects,
COG PLUMBING & HEATING , INC., a Colorado corporation,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechincal Services, Inc., a Colorado corporation,
THE LOG CONNECTION, INC., a Colorado corporation,
DAVID JOHNS, individually, d/b/a Johns Construction,
CROSS SEVEN, INC., a Colorado corporation,
LOGARYTHMS, INC., a Colorado corporation,
STEAMBOAT LANDSCAPING, INC., d/b/a Mountain West Environments, Inc., a Colorado corporation, and
TBW, INC., a Colorado corporation,

      Cross-Claim Defendants/Third-Party Defendants.

**ORDER DISMISSING CROSS-CLAIMANT/STHIRD-PARTY PLAINTIFFS'
BREACH OF IMPLIED WARRANTY CLAIM WITHOUT PREJUDICE**

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion For Dismissal of Cross-**

**Claimants/Third-Party Plaintiffs' Breach of Implied Warranty Claim Without Prejudice**

[#126],[1] filed November 8, 2011, by cross-claimants/third-party plaintiffs Rickie Dean Erickson and Erickson Construction and cross-claim defendant, Peak Service and Renovation, Inc., d/b/a Mechanical Service, Inc. After reviewing the motion and the file, I conclude that the motion should be granted and that the breach of implied warranty claim of defendants/cross-claimants/third-party plaintiffs Rickie Dean Erickson and Erickson Construction Inc., against cross-claim defendant Peak Service and Renovation, Inc., d/b/a Mechanical Service, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal of Cross-Claimants/Third-Party Plaintiffs' Breach of Implied Warranty Claim Without Prejudice** [#126], filed November 8, 2011, is **GRANTED**; and

2. That the claim for breach of implied warranty asserted by cross-claimants/third-party plaintiffs, Erickson Construction and Rickie Dean Erickson, against cross-claim defendant, Peak Service and Renovation, Inc., d/b/a Mechanical Services, Inc., is **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated November 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#126]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2