**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00555-REB-KLM

ELLIOT B. MAISEL,

    Plaintiff,
v.

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,
CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffe & Assoc, Architects,
ALPINE HEATING AND SHEET METAL, INC., a Colorado corporation,
PEAK SERVICE AND RENOVATION INC., d/b/a Peak Mechanical Services, Inc., a Colorado corporation, and
THE LOG CONNECTION, INC., a Colorado corporation,

    Defendants;

ERICKSON CONSTRUCTION, INC., a Colorado corporation,
RICKIE DEAN ERICKSON, individually,

    Cross-Claimants.

CHARLES L. CUNNIFFE, individually, d/b/a Charles Cunniffee & Assoc, Architects,
COG PLUMBING & HEATING , INC., a Colorado corporation,

    Cross Defendants.

**ORDER DISMISSING DEFENDANT/THIRD-PARTY
DEFENDANT PEAK SERVICE AND RENOVATION, INC. d/b/a PEAK MECHANICAL
SERVICES, INC. WITHOUT PREJUDICE**

**Blackburn, J.**

    The matter is before me on the **Joint Unopposed Motion To Dismiss Defendant/Third-Party Defendant Peak Service and Renovation Inc. d/b/a Peak Mechanical Services, Inc. Without Prejudice** [#149][1] filed May 23, 2012.  After

---

[1] "[#149]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Unopposed Motion To Dismiss Defendant/Third-Party Defendant Peak Service and Renovation Inc. d/b/a Peak Mechanical Services, Inc. Without Prejudice** [#149] filed May 23, 2012, is **GRANTED**;

2. That the claims of the plaintiff against defendant/cross-claimant Peak Service and Renovation Inc., d/b/a Peak Mechanical Services, Inc. are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That the claims of defendants/cross-claim plaintiffs Erickson Construction, Inc. and Rickie Dean Erickson against defendant/cross-claimant Peak Service and Renovation Inc., d/b/a Peak Mechanical Services, Inc. are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That defendant/cross-claimant Peak Service and Renovation Inc., d/b/a Peak Mechanical Services, Inc. is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 24, 2012, at Denver, Colorado.

                                               **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge